Lisa A. Villasenor (SBN 133984)
MANNING & MARDER, KASS, ELLROD, RAMIREZ
625 Market Street, 4th Floor
San Francisco, CA 94105
Tele (415)537-6990; Fax (415)537-6999
Email: lav@mmker.com

*E-FILED 6/8/05*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Northwestern Mutual Life Insurance Co.,

Plaintiff(s)

v.

J.C. Penney Company, Inc., et. al.,

Defendant(s)

CASE NUMBER:

C05-00831 RS

**SUBSTITUTION OF ATTORNEY**

J.C. Penney Corporation, Inc.
*Name of Party*

[ ] Plaintiff   [x] Defendant   [ ] Other _____

hereby substitutes Lisa A. Villasenor _____ who is

[x] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per   625 Market Street, 4th Floor
*Street Address*

San Francisco, CA 94105         (415)537-6990      (415)537-6999     133984
*City, State, Zip Code*          *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of Martin Eisenberg
*Present Attorney*

Dated: May 25, 2005

*Signature of Party*

Charlotte Mahurt, J.C. Penney Corp.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: May 3, 2005

*Signature of Present Attorney*

Martin Eisenberg

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: May 3, 2005

*Signature of New Attorney*

Lisa A. Villasenor

**Substitution of Attorney is hereby** [XX] Approved.   [ ] Denied.

Dated: 6/8/05

/s/ Richard Seeborg
United States ~~District Judge~~/ Magistrate Judge

---

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

---

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                             G01

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 625 Market Street, 4th Floor, San Francisco, California 94105.

On June 8, 2005, I served the document described as **SUBSTITUTION OF ATTORNEY** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| An H. Nguyen, Esq.<br>Lombardi, Loper & Conant, LLP<br>Lake Merritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612-3541<br>Phone: (510) 433-2600<br>Fax:    (510) 433-2699 | Attorneys for Plaintiff, Northwestern Mutual Insurance Company |

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number:  .

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 8, 2005 at San Francisco, California.

_____
Carlos Rios