**\*E-FILED\***
**September 26, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTHWESTERN MUTUAL LIFE INSURANCE, | No. C 05-00831 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| J.C. PENNEY COMPANY, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 7, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 14, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: September 26, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

An H. Nguyen, Esq.
Email: ahn@llcllp.com

**Counsel for Defendant(s)**

Lisa A. Villasenor, Esq.
Email: lav@mmker.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: September 26, 2005

                         /s/ BAK
                         Chambers of Magistrate Judge Richard Seeborg