**United States District Court**
For the Northern District of California

**\*E-FILED\***
**November 15, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NORTHWESTERN MUTUAL LIFE INSURANCE,

    Plaintiff,

v.

J.C. PENNEY COMPANY, INC., et al.,

    Defendants.
_____/

No. C 05-00831 RS

**ORDER CONTINUING STAND-BY ORDER TO SHOW CAUSE**

Good cause appearing therefor,

The order to show cause hearing scheduled for December 14, 2005 is hereby continued to **January 18, 2006 at 9:30 a.m.** The parties are required to file a stipulation of dismissal no later than **January 11, 2006**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 18, 2006 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: November 15, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

2

3  **Counsel for Plaintiff(s)**

4  An H. Nguyen, Esq.
   Email: ahn@llcllp.com

5

6  **Counsel for Defendant(s)**

7  Lisa A. Villasenor, Esq.
   Email: lav@mmker.com

8

9  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

10

11 Dated: November 15, 2005

12

13                                    /s/ BAK
                                      Chambers of Magistrate Judge Richard Seeborg
14