MATTHEW S. CONANT, 94920
AN H. NGUYEN, 215453
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

*E-FILED 12/6/05*

Attorneys for Plaintiff
NORTHWESTERN MUTUAL LIFE INSURANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWESTERN MUTUAL LIFE INSURANCE CO.,<br><br>Plaintiff,<br><br>v.<br><br>J.C. PENNEY COMPANY, INC., et al.,<br><br>Defendant. | No. 05-00831 RS<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF NORTHWESTERN MUTUAL LIFE INSURANCE CO. WITH PREJUDICE, EACH PARTY TO BEAR THEIR OWN COSTS** |

IT IS HEREBY STIPULATED by and between Plaintiff NORTHWESTERN MUTUAL LIFE INSURANCE CO. and Defendant J.C. PENNEY COMPANY, INC., by and through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice as to Defendant J.C. PENNEY COMPANY, INC. pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear their own costs.

DATED: December 1, 2005          LOMBARDI, LOPER & CONANT, LLP

                                  By: _____
                                              AN H. NGUYEN

DATED: December 5, 2005           MANNING & MARDER

                                  By: _____
                                           LISA A. VILLASENOR

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

Stip. & Order for Dismissal of Northwestern          - 1 -          Case No. CV 05-00831 RS
Mutual With Prejudice, Each Party to Bear Own Costs
03381-30893 AHN 511375.1

## ORDER

IT IS SO ORDERED

DATED: 12/6 , 2005

/s/ Richard Seeborg
_____
United States District Court Judge

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

Stip. & Order for Dismissal of Northwestern                - 2 -                Case No. CV 05-00831 RS
Mutual With Prejudice, Each Party to Bear Own Costs
03381-30893 AHN 511375.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 625 Market Street, 4th Floor, San Francisco, California 94105.

On December 6, 2005, I served the document described as **STIPULATION AND ORDER FOR DISMISSAL OF NORTHWESTERN MUTUAL LIFE INSURANCE CO. WITH PREJUDICE, EACH PARTY TO BEAR THEIR OWN COSTS** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| An H. Nguyen, Esq.<br>Lombardi, Loper & Conant, LLP<br>Lake Merritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612-3541<br>Phone: (510) 433-2600<br>Fax:   (510) 433-2699 | Attorneys for Plaintiff, Northwestern Mutual Insurance Company |

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

☐ I placed such envelope with postage thereon prepaid in the United States mail at San Francisco, California.

☐ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

☒ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number: (510) 433-2699.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 6, 2005 at San Francisco, California.

_____
Carlos Rios